No. 487. NORTHERN COAL COMPANY *v.* BOSTON, CAPE COD & NEW YORK CANAL COMPANY. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of

Appeals for the First Circuit granted. *Mr. John .G. Palfrey* for petitioner. *Mr. William, R. Sears* for respondent.